IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-cv-80075

VICTOR HERNANDEZ,

    Plaintiff,

v.

PALM BEACH COUNTY FIRE RESCUE,

    Defendant.
_____/

## NOTICE OF REMOVAL

**COMES NOW**, the Defendant, PALM BEACH COUNTY ("the County"), by and through undersigned counsel, and pursuant to Title 28, United States Code, Sections 1331, 1441, and 1446, hereby files this Notice of Removal and states:

1. On January 13, 2020, the County was served with Plaintiff's Complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida where it was assigned Case No. 502019CA015241XXXXMB AI. A true and accurate copy of the Complaint is attached hereto as Exhibit 1.

2. A copy of the Fifteenth Judicial Circuit docket regarding the instant case is attached hereto as Exhibit 2.

3. The face of the Complaint indicates that Count I arises out of an alleged violation of American with Disabilities Act of 1990 U.S.C. § 12111 and the Florida Civil Rights Act of 1992, Chapter 760, *et. seq.*. Exhibit 1, ¶ 1.

4. The Complaint also alleges jurisdiction under 28 USC §1331 and 28 USC §1343. Exhibit 1, ¶ 2. The County asserts that Court has original jurisdiction over this action as

provided in 28 U.S.C. § 1331, and is properly removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(b). *See e.g. Incredible Invs., LLC v. Fernandez-Rundle*, 984 F. Supp. 2d 1318, 1323 (S.D. Fla. 2013) (action seeking declaratory relief, alleging violations of federal and Florida constitutions, was removed to this Court, pursuant to 28 U.S.C. §§ 1441(a) & 1446).

5. Notice of this removal has been provided to Plaintiff and the Clerk of Court for the Fifteenth Judicial Circuit pursuant to 28 U.S.C. § 1446(d).

6. This Notice of Removal has been filed within thirty (30) days after service of the Complaint in compliance with 28 U.S.C. § 1446(b).

Dated: January 21, 2020.

Respectfully submitted,

*/s/ Kim Phan                /*
Kim Phan, Esquire
Assistant County Attorney
Florida Bar No. 026781
300 North Dixie Highway, Third Floor
West Palm Beach, Florida 33401
Tel.: (561) 355-2529 / Fax: (561) 355-4234
Email: kphan@pbcgov.org; ldennis@pbcgov.org
swebber@pbcgov.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the E-Filing Portal to: Rainier Regueiro, Esquire of REMER & GEORGES-PIERRE, PLLC, 319 Clematis Street, Suite 606, West Palm Beach, FL 33401 at rregueiro@rgpattorneys.com on this 21 day of January, 2020.

*/s/ Kim Phan                /*
Kim Phan, Esquire
Assistant County Attorney
Florida Bar No. 026781
300 North Dixie Highway, Third Floor
West Palm Beach, Florida 33401
Tel.: (561) 355-2529 / Fax: (561) 355-4234
Email: kphan@pbcgov.org; ldennis@pbcgov.org
swebber@pbcgov.org